McCABE, WEISBERG & CONWAY, P.C.
Carol Rogers Cobb, Esquire – I.D. No. 028761994
216 HADDON AVENUE, SUITE 201
WESTMONT, NEW JERSEY 08108
(856) 858-7080
ATTORNEYS FOR PLAINTIFF
Matter No. 15-206146 – 15-206146

FILED
JUL - 8 2016
Robert P. Contillo
P.J.Ch.

| | |
|---|---|
| Fifth Third Mortgage Company,<br><br>Plaintiff,<br>v.<br><br>United States of America,<br>-and-<br>State of New Jersey,<br>-and-<br>Office of the Public Defender,<br>-and-<br>Bureau of Housing Inspection,<br>-and-<br>Park Court Condominium Association, Inc.,<br>-and-<br>Raritan Valley Surgery Center,<br><br>Defendants | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>BERGEN COUNTY<br><br>Docket No. C-57-16<br><br>Civil Action<br><br>**ORDER** |

THIS MATTER being brought before the Court on Motion of McCabe, Weisberg & Conway, PC, attorneys for Plaintiff, for an Order entering Default Judgment against the Defendants; and the Court having considered the moving papers and the opposition papers, if any; and for good cause shown:

IT IS ON THIS 8 DAY OF July, 2016, ORDERED:

1. Default Judgment for the relief demanded in the Complaint is hereby granted in favor of Plaintiff;

OKI

2. Defendant, United States of America, has no right, title or interest on the property located in Borough of Fairview, County of Bergen and State of New Jersey and is commonly known as 10 Carlen Court, Fairview, New Jersey 07022, Lot 9, Block 503, notwithstanding the judgment docketed as CR-00108-2003 in the amount of $100.00.

3. Defendant, United States of America, has no right, title or interest on the property located in Borough of Fairview, County of Bergen and State of New Jersey and is commonly known as 10 Carlen Court, Fairview, New Jersey 07022, Lot 9, Block 503, notwithstanding the judgment docketed as CR-00421-2007 in the amount of $100.00.

4. Defendant, State of New Jersey – County of Atlantic, has no right, title or interest on the property located in Borough of Fairview, County of Bergen and State of New Jersey and is commonly known as 10 Carlen Court, Fairview, New Jersey 07022, Lot 9, Block 503, notwithstanding the judgment docketed as DJ-236225-2003 in the amount of $5,000.00.

5. Defendant, Office of the Public Defender, has no right, title or interest on the property located at in Borough of Fairview, County of Bergen and State of New Jersey and is commonly known as 10 Carlen Court, Fairview, New Jersey 07022, Lot 9, Block 503, notwithstanding the judgment docketed as PD-034259-2008 in the amount of $2,565.75.

6. Defendant, Bureau of Housing Inspection, has no right, title or interest on the property located at in Borough of Fairview, County of Bergen and State of New Jersey and is commonly known as 10 Carlen Court, Fairview, New Jersey 07022, Lot 9, Block 503, notwithstanding the judgment docketed as DJ-137634-2003 in the amount of $625.00.

7. Defendant, Park Court Condominium Association Inc., has no right, title or interest on the property located at in Borough of Fairview, County of Bergen and State of New Jersey and is commonly known as 10 Carlen Court, Fairview, New Jersey 07022, Lot 9, Block 503, notwithstanding the judgment docketed as J-013444-2001 in the amount of $11,146.43.

8. Defendant, Raritan Valley Surgery Center, has no right, title or interest on the property located at in Borough of Fairview, County of Bergen and State of New Jersey and is commonly known as 10 Carlen Court, Fairview, New Jersey 07022, Lot 9, Block 503, notwithstanding the judgment docketed as J-340770-2011 in the amount of $36,419.64.

9. Plaintiff shall, within seven (7) days after receipt of this Order, by its counsel serve by ordinary mail a copy of this Order upon all parties

______________________ ~~J.S.C.~~

ROBERT P. CONTILLO, P.J.Ch.

Opposed __________ Unopposed ✓

I, Laura A. Simoldoni, Deputy Clerk of the Superior Court of New Jersey the same being a Court of Record, do hereby certify that the foregoing is a true copy of the Order dated 7/8/16 now of file in my office.
IN TESTIMONY whereof, I have hereunto set my hand and affixed the seal of said Court this 8th day of July 2016

Deputy Clerk of the Superior Court

LAW OFFICES
McCABE, WEISBERG & CONWAY, P.C.
SUITE 201
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
**FAX** (856) 858-7020

SUITE 1400
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
**FAX** (215) 790-1274

SUITE 202
4021 UNIVERSITY DRIVE
FAIRFAX, VA 22030
703-273-3508
**FAX** (301) 490-1568

SUITE 800
312 MARSHALL AVENUE
LAUREL, MD 20707
(301) 490-3361
**FAX** (301) 490-1568
Also servicing the District of Columbia

SUITE 210
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
**FAX** (914) 636-8901

SUITE 100
30 BUXTON FARMS ROAD
STAMFORD, CT 06905
(203) 992-8200
**FAX** (855) 425-1979

SUITE 130
DELAWARE CORPORATE CENTER I
ONE RIGHTER PARKWAY
WILMINGTON, DELAWARE 19803
(302) 409-3520
**FAX** 855-425-1980

August 16, 2016

Clerk of the Court
United States District Court
District of New Jersey
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Fifth Third Mortgage Company v. United States of America, et al.
Docket No: C-57-16
Our Matter Number: 15-206146 15-206146

Dear Sir/Madam:

Enclosed please find an **original** Gold Seal Order for the above matter. Please record the Order by placing a Utility Event on the USDC judgment's docket, inserting the text of **Paragraphs 2 & 3** of the attached Order, and return the **original** Order and docket filing information to this office in the self-addressed envelope enclosed herewith for your convenience. Should there be a fee associated with this request, please advise and we will immediately forward this firm's check.

Thank you for your attention to this matter. If you should have any questions feel free to contact me directly.

Very truly yours,
McCABE, WEISBERG & CONWAY, P.C.
Lorry Hearn
Lorry Hearn, Legal Assistant

*This is a communication from a debt collector.*
*This letter may be an attempt to collect a debt and any information obtained will be used for that purpose.*